IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GILBERT GONZALEZ *d/b/a GG Construction*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MID-CONTINENT CASUALTY COMPANY, | ) ) |
| Defendant. | ) Civil Action No. 5:18-CV-150-C |

## ORDER

The Court notes that the Parties have filed a Joint Stipulation of Dismissal on October 8, 2024. As such, all claims are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each of the Parties to bear their own fees and costs.

SO ORDERED this 9th day of October, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE